# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA,<br>SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Petitioner,<br><br>v.<br><br>KINDER KIDZ LLC dba KINDER KIDZ, and<br>TEACH ME KIDZ ACADEMY LLC dba<br>TEACH ME KIDZ ACADEMY<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)  No: 4:18-mc-200<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Having considered the Motion for Sanctions and Memorandum in Support filed by Petitioner R. Alexander Acosta, Secretary of Labor, United States Department of Labor; Respondents having been served by the United States Marshal with said Motion and supporting Memorandum, and served with the Order of this Court setting this matter for an April 30, 2019 hearing to show cause why they should not be sanctioned for their continued civil contempt in failing to comply with this Court's June 22, 2018 Order requiring them to comply with the October 2, 2017 and December 4, 2017 administrative subpoenas respectively issued to them by Petitioner's Wage and Hour Division; Respondents having failed to appear at the show cause hearing on April 30, 2019, and Respondents having previously been found in Contempt of Court for failing to comply with this Court's June 22, 2018 Order:

**IT IS HEREBY ORDERED** that Petitioner's Motion for Sanctions (ECF No. 21) is **GRANTED**. Respondents Kinder Kidz LLC dba Kinder Kidz ("Kinder Kidz"), and Teach Me Kidz Academy LLC dba Teach Me Kidz Academy ("Teach Me Kidz") are Ordered to jointly and severally pay a **$50 daily fine** for their continued contempt of court for failure to comply with this Court's June 22, 2018 Order, **beginning on May 6, 2019 and continuing daily** until such time as Respondents both fully comply with the Court's June 22, 2018 Order to Comply

with the October 2, 2017 and December 4, 2017 subpoenas issued by the Regional Administrator, Wage and Hour Division, by producing the documents delineated therein along with a written description listing the documents provided.

**IT IS FURTHER ORDERED** that, based on the Declaration of Petitioner's counsel Dana M. Hague and supporting documents submitted by Petitioner's counsel establishing attorney's fees and expenses incurred in drafting, filing and pursuing the Motion for Sanctions (ECF No. 26), Respondents Kinder Kidz and Teach Me Kidz are jointly and severally ordered to pay **$1,719.66** for the reasonable attorney's fees and expenses of Petitioner incurred in filing and pursuing the Motion for Sanctions.

**IT IS FINALLY ORDERED** that the Clerk is directed to mail copies of this Order to:

Kelly Lakei Ross
Registered Agent, Kinder Kidz LLC
4548 Dr. Martin Luther King Drive
St. Louis, Missouri 63113

and

Kelly Lakei Ross
Registered Agent, Teach Me Kidz Academy LLC
5800 W. Florissant Avenue
St. Louis, Missouri 63120

The Clerk is also directed to provide the United States Marshal with copies of this Order for service on Respondents at the following addresses:

Kinder Kidz LLC dba Kinder Kidz
4548 Dr. Martin Luther King Drive
St. Louis, Missouri 63113

and

Teach Me Kidz Academy LLC dba Teach Me Kidz
5800 W. Florissant Avenue
St. Louis, Missouri 63120

Dated this 6th day of May, 2019.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**